B6A (Official Form 6A) (12/07)

In re __KidsPeace National Centers of Georgia, Inc.__      Case No. ___13-14512 - Jointly Administered___
                        Debtor                                                      13-14508
                                                                                         (If known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, inlcuding all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **BOWDON CAMPUS 101 KIDSPEACE DRIVE BOWDEN, GA 30108** | FEE SIMPLE | | UNKNOWN | **$8,610,000.00** Georgia Bonds aggregating to approximately $2,910,000 are secured by this property. The Pension Benefit Guaranty Corporation holds approximately $5,700,000 in liens on all KidsPeace Corporation and subsidiary assets |

Total      | $0.00 |

Subtotal      | $0.00 |
(Total of this page)

Page 1 of 1

B6B (Official Form 6B) (12/07)

| In re   KidsPeace National Centers of Georgia, Inc. | Case No.: | 13-14512 - Jointly Administered |
|---|---|---|
| Debtor. | | 13-14508 |
| | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | | PETTY CASH | | $3,000.00 |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | See Attached Exhibit B-2 | | $285,286.17 |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5.  BOOKS; PICTURES AND OTHER ART OBJECTS; ANTIQUES; STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |

Page 1 of 5

B6B (Official Form 6B) (12/07)

| In re | KidsPeace National Centers of Georgia, Inc. | | Case No.: | 13-14512 - Jointly Administered |
|-------|---------|-----|----------|----------|
| | | Debtor. | | 13-14508 |
| | | | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|------------------|------|--------------------------------------|-----------|-----------------------------------|
| 7.  FURS AND JEWELRY. | x | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | x | | | |
| 9.  INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | x | | | |
| 10.  ANNUITIES. ITEMIZE AND NAME EACH ISSUER. | x | | | |
| 11.  INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(B)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(B)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(C).) | x | | | |
| 12.  INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. GIVE PARTICULARS. | x | | | |
| 13.  STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES. ITEMIZE. | x | | | |
| 14.  INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | x | | | |

B6B (Official Form 6B) (12/07)

| In re   KidsPeace National Centers of Georgia, Inc. | | Case No.: 13-14512 - Jointly Administered |
|---|---|---|
| | Debtor. | 13-14508 |
| | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NONNEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | | See Attached Exhibit B-16 | | $667,448.58 |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWED TO DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE A – REAL PROPERTY. | X | | | |
| 20. CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | X | | | |

B6B (Official Form 6B) (12/07)

| In re | KidsPeace National Centers of Georgia, Inc. | | Case No.: | 13-14512 - Jointly Administered 13-14508 |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | x | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION (AS DEFINED IN 11 U.S.C. § 101(41A)) PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | x | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES. | x | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | x | | | |
| 27. AIRCRAFT AND ACCESSORIES. | x | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | | See Attached Exhibit B-28 | | $17,713.35 |
| 29. MACHINERY, FIXTURES, EQUIPMENT, AND SUPPLIES USED IN BUSINESS. | x | | | |
| 30. INVENTORY. | x | | | |

B6B (Official Form 6B) (12/07)

| In re   KidsPeace National Centers of Georgia, Inc. | | Case No.:  13-14512 - Jointly Administered |
| | Debtor. | 13-14508                                    (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  ANIMALS. | x | | | |
| 32.  CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | x | | | |
| 33.  FARMING EQUIPMENT AND IMPLEMENTS. | x | | | |
| 34.  FARM SUPPLIES, CHEMICALS, AND FEED. | x | | | |
| 35.  OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | | See Attached Exhibit B-35 | | $92,082.21 |

Total                    $1,065,530.31

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT B-2

## CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS

KidsPeace National Centers of Georgia, Inc.
Case No. 13-14512 & Jointly Administered Case No. 13-14508
Schedule B-2: Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift,
building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.

| Entity | Account Name | Type | Restricted | Bank | Account # | Date | Balance |
|---|---|---|---|---|---|---|---|
| KP NC GA | Checking | Bank Account | | BB&T | xx-1522 | 5/31/2013 | $ 1,957.56 |
| KP NC GA | A & B DSRF | Bond Fund | x | Manufacturers and Traders Trust Co. | xx-3918 | 5/31/2013 | $ 118,359.65 |
| KP NC GA | A & B DSF | Bond Fund | x | Manufacturers and Traders Trust Co. | xx-3917 | 5/31/2013 | $ 128,352.81 |
| KP NC GA | Children's Fund | Bank Account | | T D Bank/Commerce | xx-0697 | 5/31/2013 | $ 6,731.20 |
| KP NC GA | Business Money Market | Letter of Credit | x | M&T Bank | xx-4216 | 5/31/2013 | $ 29,884.95 |
| Total: | | | | | | | $ 285,286.17 |

Note:
Amounts listed above reflect bank account balances as of 05/31/2013

Page 1 of 1

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT  B-16

## ACCOUNTS RECEIVABLE

**KidsPeace National Centers of Georgia, Inc.**
**Case No. 13-14512 & Jointly Administered Case No. 13-14508**
**Schedule B-16: Accounts receivable**

| Account | Description | Amount |
|---|---|---|
| 1075-0000 | RESERVE FOR BAD DEBTS | $ (41,000.00) |
| 1100-0001 | ACCOUNTS RECEIVABLE-MISC | $ 38,861.83 |
| 1100-0010 | A/R - NAT'L SCHOOL LUNCH PROG | $ 18,464.52 |
| 1100-0016 | A/R- GRANTS | $ 135,697.23 |
| 1103-0000 | A/R - SMS INTERFACE | $ 473,325.00 |
| 1105-0000 | AR Credits | $ 41,450.00 |
| 1107-0003 | PLEDGES REC-CAPITAL CAMPGN-GA | $ 650.00 |
| Total: | | $ 667,448.58 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT B-28

## OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES

**Kids Peace National Centers of Georgia, Inc.**
**Case No. 13-14512 & Jointly Administered Case No. 13-14508**
**Schedule B-28: Office equipment, furnishings, and supplies.**

| Account | Description | Amount |
|---|---|---|
| 1430-0000 | EQUIPMENT | $ 608,080.97 |
| 1431-0000 | ACCUM DEPR-EQUIPMENT | $ (575,777.31) |
| 1440-0000 | FURNITURE & FIXTURES | $ 281,312.85 |
| 1441-0000 | ACCUM DEPR-FURNITURE&FIXTURES | $ (295,903.16) |
| Total: | | $ 17,713.35 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT B-35

## OTHER PERSONAL PROPERTY

**KidsPeace National Centers of Georgia, Inc.**
**Case No. 13-14512 & Jointly Administered Case No. 13-14508**
**Schedule B-35: Other personal property of any kind not already listed. Itemize.**

| Account | Description | | Amount |
|---|---|---|---|
| 1150-0002 | PREPAID INSURANCE | PREPAID INSURANCE | $ 28,698.00 |
| 1150-0003 | PREPAID INSURANCE | PPD WORKERS COMP-ALLOCATIO | $ 1.72 |
| 1150-0006 | PREPAID INSURANCE | PREPAID A/P INVOICES | $ 1,021.00 |
| | | TOTAL PREPAID INSURANCE: | $ 29,720.72 |
| 1918-0000 | INTERCOMPANY RECEIVABLE | KPNC - DUE FROM GEORGIA | $ 17,126.21 |
| 1928-0000 | INTERCOMPANY RECEIVABLE | NAT HOSP-DUE FR GEORGIA | $ 38,298.38 |
| 1938-0000 | INTERCOMPANY RECEIVABLE | WHTCNE-DUE FROM GEORGIA | $ 2,613.00 |
| 1968-0000 | INTERCOMPANY RECEIVABLE | KPNA- DUE FROM GEORGIA | $ 4,323.90 |
| | | TOTAL INTERCOMPANY RECEIVABLE: | $ 62,361.49 |
| Total: | | | $ 92,082.21 |

| In re KidsPeace National Centers of Georgia, Inc. | Case No.: 13-14512 - Jointly Administered 13-14508 |
|---|---|
| Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HW/JC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ___ BOWDEN HOSPITAL AUTHORITY POST OFFICE BOX 121 136 CITY HALL AVENUE BOWDON, GA 30108 | | | LAND ACQUISITION NOTE _____ VALUE | X | X | X | $95,811.39 | UNKNOWN |
| Last four digits of ACCOUNT NO. ___ MANUFACTURERS AND TRADERS TRUST CO. CONTACT: WILLIAM E. JOHNSON, VICE PRESIDENT C/O TRUSTEE FOR THE 2003 SERIES A AND SERIES B THE GEORGIA BONDS 2003 SOUTH EASTON ROAD, SUITE 204 DOYLESTOWN, PA 18901 | | | GEORGIA BONDS LIEN ON A/R, REAL PROPERTY AND PERSONAL PROPERTY _____ VALUE | | | | $2,910,000.00 | UNKNOWN |
| Last four digits of ACCOUNT NO. ___ PENSION BENEFIT GUARANTY CORPORATION OFFICE OF THE CHIEF COUNSEL MICHAEL BAIRD, ATTORNEY 1200 K STREET, NW WASHINGTON, DC 20005-4026 | X | | LIEN ON ALL ASSETS. THE AMOUNT SET FORTH HEREIN IS BASED UPON DISCUSSIONS WITH THE PBGC; HOWEVER, NOTHING HEREIN SHOULD BE CONSTRUED AS AN ADMISSION BY THE DEBTORS AS TO THE ACCURACY OF THIS AMOUNT VALUE | X | X | X | $107,000,000.00 | $101,300,000.00 |
| | | | | Subtotal (Total of this page) | | | $110,005,811.39 | $101,300,000.00 |

* Contingent, unliquidated and disputed with respect to status as secured creditor.

1 Continuation Sheets Attached

| In re  KidsPeace National Centers of Georgia, Inc. | Case No.: 13-14512 - Jointly Administered 13-14508 |
|---|---|
| Debtor. | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY VALUE OF SUBJECT TO LIEN | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Total | | | | $110,005,811.39 | $101,300,000.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| | | | Subtotal (Total of this page) | | | | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|

\* Contingent, unliquidated and disputed with respect to status as secured creditor.

Sheet no. 1 of 1 Continuation
Sheets attached to Schedule of Creditors
Holding Secured Claims

KidsPeace National Centers of Georgia, Inc.

Debtor _____   Case No. (If known) _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)*

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the creation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) - Cont.

13-14512 - Jointly
Administered 13-14508

KidsPeace National Centers of Georgia, Inc.

Debtor

Case No. (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (0 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GEORGIA DEPT OF LABOR<br>P O BOX 740234<br>ATLANTA, GA 30374-0234 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>GEORGIA DEPT OF REVENUE<br>P O BOX 105678<br>ATLANTA, GA 30348-5678 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114–0326 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |

| | | |
|---|---|---|
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $0.00 | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00    $0.00 |

*Amounts subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| | Subtotal (Totals of this page) | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|

KidsPeace National Centers of Georgia, Inc.

Debtor

Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a "minor child" is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on the page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> 3M COGENT INC <br> PO BOX 845552 <br> DALLAS, TX 75284-5552 | | | A/P REGISTER | | | | $580.25 |
| **ACCOUNT NO.** <br> ALTERNATIVE ENVIRONMENTS <br> LANDSCAPE MANAGEMENT, INC. <br> PO BOX 128 <br> VILLA RICA, GA 30180 | | | A/P REGISTER | | | | $1,661.54 |
| **ACCOUNT NO.** <br> AMERICAN DOCUMENT SECURITIES <br> 565 COLUMBIA DRIVE <br> CARROLLTON, GA 30117 | | | A/P REGISTER | | | | $358.65 |
| **ACCOUNT NO.** <br> APEX CHEMICAL AND SUPPLY <br> PO BOX 1567 <br> CARROLLTON, GA 30112 | | | A/P REGISTER | | | | $3,058.91 |
| **ACCOUNT NO.** <br> APEX CHEMICAL AND SUPPLY <br> PO BOX 1567 <br> CARROLLTON, GA 30112 | | | SUSPENSE | | | | $294.65 |

Subtotal
(Total of this page)          $5,954.00

B6F (Official Form 6F) Case 13-14512-ref Doc 15 Filed 07/03/13 Entered 07/03/13 16:54:14 Desc Main
KidsPeace National Centers of Georgia, Inc.    Document    Page 20 of 30    Administered 13-14508

Debtor    Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HW/JC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ATLANTA COMMUNITY FOOD BANK<br>732 JOSEPH E LOWERY BLVD NW<br>ATLANTA, GA 30318 | | | A/P REGISTER | | | | $120.80 |
| ACCOUNT NO.<br>AUTO SUPPLY COMPANY<br>1339 E. HWY 166<br>BOWDON, GA 30108 | | | A/P REGISTER | | | | $73.50 |
| ACCOUNT NO.<br>BARBARA KAY PSYD PC<br>2499 PEACHTREE RD #408<br>ATLANTA, GA 30305 | | | A/P REGISTER | | | | $3,750.00 |
| ACCOUNT NO.<br>BARBARA KAY PSYD PC<br>2499 PEACHTREE RD #408<br>ATLANTA, GA 30305 | | | SUSPENSE | | | | $7,500.00 |
| ACCOUNT NO.<br>BOB BARKER COMPANY, INC<br>PO BOX 890885<br>CHARLOTTE, NC 28289-0885 | | | A/P REGISTER | | | | $1,549.88 |
| ACCOUNT NO.<br>BOWDON HOSPITAL AUTHORITY<br>P O BOX 121<br>BOWDON, GA 30108-0121 | | | A/P REGISTER | | | | $1,951.04 |
| ACCOUNT NO.<br>CARL MARTIN<br>DBA POOL RX<br>404 SUNSET BLVD<br>CARROLLTON, GA 30117 | | | A/P REGISTER | | | | $1,400.00 |
| ACCOUNT NO.<br>CARROLL EMC<br>SEDC<br>PO BOX 530812<br>ATLANTA, GA 30353-0812 | | | A/P REGISTER | | | | $6,497.31 |

Page 2 of 8

Subtotal
(Total of this page)          $22,842.53

B6F (Official Form 6F) CASE 13-14512-ref   Doc 15   Filed 07/03/13   Entered 07/03/13 16:54:13-14512 Desc Main
                                                  Document      Page 21 of 30

KidsPeace National Centers of Georgia, Inc.                                    Administered 13-14508

Debtor                                                                         Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CHARTER COMMUNICATIONS<br>P.O. BOX 9001935<br>LOUISVILLE, KY 40290-1935 | | | A/P REGISTER | | | | $3,124.61 |
| ACCOUNT NO.<br>CITY OF BOWDON<br>136 CITY HALL AVENUE<br>BOWDON, GA 30108 | | | A/P REGISTER | | | | $2,507.40 |
| ACCOUNT NO.<br>CM TANNER COMPANY INC<br>PO BOX 487<br>CARROLLTON, GA 30112 | | | A/P REGISTER | | | | $1,075.07 |
| ACCOUNT NO.<br>COMFORT SOLUTIONS<br>HEATING AND COOLING LLC<br>7421 DOUGLAS BLVD.<br>SUITE N, BOX 144<br>DOUGLASVILLE, GA 30135 | | | A/P REGISTER | | | | $996.00 |
| ACCOUNT NO.<br>CONSOLIDATED ELECTRICAL DIST<br>DBA ALL PHASE ELECTRIC SUPPLY CO<br>P O BOX 307260<br>GAHANNA, OH 43230 | | | A/P REGISTER | | | | $702.83 |
| ACCOUNT NO.<br>ECOLAB<br>26252 NETWORK PLACE<br>CHICAGO, IL 60673-1262 | | | A/P REGISTER | | | | $226.50 |
| ACCOUNT NO.<br>FISH CREEK INC<br>DBA LOVVORN DOOR AND WINDOW<br>COMPANY<br>PO BOX 878<br>ROCKMART, GA 30153 | | | A/P REGISTER | | | | $870.00 |
| ACCOUNT NO.<br>G NEIL COMPANIES<br>P.O. BOX 451179<br>SUNRISE, FL 33345-1179 | | | A/P REGISTER | | | | $239.96 |

Subtotal
(Total of this page)                          $9,742.37

B6F (Official Form 6F) Case 13-14512-ref    Doc 15    Filed 07/03/13    Entered 07/03/13 16:54:14    Desc Main
KidsPeace National Centers of Georgia, Inc.                Document         Page 22 of 30        Administered 13-14508

Debtor                                                                                                        Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GA DHS/MATCH<br>REGION 4 ACCOUNTING<br>242 ODELL ROAD STE 5<br>GRIFFIN, GA 30224 | | | AR CREDIT<br>POTENTIAL OFFSET | | | | UNKNOWN |
| ACCOUNT NO.<br>GA GEORGIA MEDICAID<br>P.O. BOX 105202<br>CMS 1500 CLAIMS<br>TUCKER, GA 30085-5202 | | | AR CREDIT<br>POTENTIAL OFFSET | | | | UNKNOWN |
| ACCOUNT NO.<br>GA REGION SOUTHEAST DJJ<br>212 N E BROAD ST<br>SUE RINER<br>JESUP, GA 31546 | | | AR CREDIT<br>POTENTIAL OFFSET | | | | UNKNOWN |
| ACCOUNT NO.<br>GA SOUTHWEST REGION DJJ<br>37 NORTH MAIN ST<br>CARL HARRISON<br>MOULTRIE, GA 31768 | | | AR CREDIT<br>POTENTIAL OFFSET | | | | UNKNOWN |
| ACCOUNT NO.<br>GAEL<br>P.O. BOX 6445<br>ATHENS, GA 30604 | | | A/P REGISTER | | | | $63.00 |
| ACCOUNT NO.<br>HENRY SCHEIN INC.<br>135 DURYEA ROAD<br>MELVILLE, NY 11747 | | | A/P REGISTER | | | | $874.46 |
| ACCOUNT NO.<br>INFINITE ENERGY, INC.<br>PO BOX 105247<br>ATLANTA, GA 30348-5247 | | | A/P REGISTER | | | | $1,099.82 |
| ACCOUNT NO.<br>INTERNATIONAL RESTAURANT<br>AND BAKERY<br>502 BRADLEY STREET<br>CARROLLTON, GA 30117 | | | A/P REGISTER | | | | $172.00 |

Page 4 of 8

Subtotal
(Total of this page)                                                 $2,209.28

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JACK MILLER<br>DBA DEVELOPMENTAL BEHAVIORAL PEDIATRICS<br>100 PROFESSIONAL PK STE 104<br>CARROLLTON, GA 30117 | | | SUSPENSE | | | | $10,000.00 |
| ACCOUNT NO.<br>KINGSBRIDGE INDUSTRIAL SERVICE<br>880 KINGSBRIDGE ROAD<br>CARROLLTON, GA 30117 | | | A/P REGISTER | | | | $105.00 |
| ACCOUNT NO.<br>LUNCHBYTE SYSTEMS INC<br>DEPT #632<br>P O BOX 8000<br>BUFFALO, NY 14267 | | | A/P REGISTER | | | | $1,315.00 |
| ACCOUNT NO.<br>MARK L NEWMAN<br>DBA THE LODGE AT HIDDEN CREEK<br>110 PLEASANT HILL CHURCH RD<br>TALLAPOOSA, GA 30176 | | | A/P REGISTER | | | | $770.00 |
| ACCOUNT NO.<br>MAYFIELD DAIRY FARMS, INC.<br>P.O. BOX 933321<br>ATLANTA, GA 31193-3321 | | | A/P REGISTER | | | | $353.60 |
| ACCOUNT NO.<br>MEDLINE INDUSTRIES INC<br>BOX 382075<br>PITTSBURGH, PA 15251-8075 | | | A/P REGISTER | | | | $1,312.30 |
| ACCOUNT NO.<br>MESSER HARDWARE<br>110 SAXON STREET<br>BOWDON, GA 30108 | | | A/P REGISTER | | | | $279.08 |
| ACCOUNT NO.<br>NEIL BRADLEY<br>DBA BRADLEY PRODUCE<br>2076 SOUTH HIGHWAY 16<br>CARROLLTON, GA 30116 | | | A/P REGISTER | | | | $1,305.00 |

Subtotal (Total of this page) $15,439.98

B6F (Official Form 6F) Case 13-14512-ref Doc 15 Filed 07/03/13 Entered 07/03/13 16:54:14 Desc Main
Document Page 24 of 30

KidsPeace National Centers of Georgia, Inc.

Debtor

Administered 13-14508

Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PAETEC<br>PO BOX 1317<br>BUFFALO, NY 14240-1317 | | | A/P REGISTER | | | | $748.98 |
| ACCOUNT NO.<br>PAM JOHNSON<br>GEORGIA CAMPUS<br>101 KIDSPEACE DRIVE<br>BOWDON, GA 30108 | | | A/P REGISTER | | | | $442.07 |
| ACCOUNT NO.<br>SMITH BROS. SUPPLY COMPANY<br>2 CITY HALL AVENUE<br>CARROLLTON, GA 30117 | | | A/P REGISTER | | | | $243.19 |
| ACCOUNT NO.<br>SMITH BROS. SUPPLY COMPANY<br>2 CITY HALL AVENUE<br>CARROLLTON, GA 30117 | | | SUSPENSE | | | | $243.15 |
| ACCOUNT NO.<br>SOUTHSIDE PLUMBING COMPANY<br>280 WHOOPING CREEK ROAD<br>CARROLLTON, GA 30116 | | | A/P REGISTER | | | | $170.00 |
| ACCOUNT NO.<br>SUNBELT MEDICAL SERVICES INC.<br>637 CHARLES PERRY AVENUE<br>SARDIS, GA 30456 | | | A/P REGISTER | | | | $170.00 |
| ACCOUNT NO.<br>SYSCO FOOD SERVICES<br>OF ATLANTA<br>2225 RIVERDALE RD<br>COLLEGE PARK, GA 30337 | | | A/P REGISTER | | | | $1,910.11 |
| ACCOUNT NO.<br>SYSTEM OPTIONS | | | SUSPENSE | | | | $832.90 |

Page 6 of 8

Subtotal
(Total of this page)

| $4,760.40 |
|---|

KidsPeace National Centers of Georgia, Inc.

Debtor                                                                    Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H,W,J,C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SYSTEM OPTIONS INC<br>37 KERRIE COURT<br>STOCKBRIDGE, GA 30281 | | | A/P REGISTER | | | | $1,197.50 |
| ACCOUNT NO.<br>TANNER HEALTH SYSTEMS<br>802 DIXIE STREET<br>CARROLLTON, GA 30117 | | | A/P REGISTER | | | | $1,895.00 |
| ACCOUNT NO.<br>THE HOME DEPOT<br>PO BOX 9055<br>DES MOINES, IA 50368-9055 | | | A/P REGISTER | | | | $726.31 |
| ACCOUNT NO.<br>THUNDERBIRD LINEN SERVICE<br>630 OLDE MILL PL<br>TEMPLE, GA 30179-5413 | | | A/P REGISTER | | | | $526.35 |
| ACCOUNT NO.<br>TIMES-GEORGIAN<br>PO BOX 1250<br>PADUCAH, KY 42002 | | | A/P REGISTER | | | | $192.60 |
| ACCOUNT NO.<br>US FOODSERVICE, INC.<br>PO BOX 7780-4038<br>PHILADELPHIA, PA 19182-4038 | | | A/P REGISTER | | | | $1,789.08 |
| ACCOUNT NO.<br>VISION BIOMEDICAL SERVICES LLC<br>PO BOX 811<br>FORTSON, GA 31808 | | | A/P REGISTER | | | | $350.00 |
| ACCOUNT NO.<br>WALMART COMMUNITY<br>PO BOX 530934<br>ATLANTA, GA 30353-0934 | | | SUSPENSE | | | | $51.02 |

Page 7 of 8

Subtotal (Total of this page) $6,727.86

KidsPeace National Centers of Georgia, Inc.

Debtor

Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HW/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>WASTE INDUSTRIES<br>P O BOX 580495<br>CHARLOTTE, NC 28258-0495 | | | A/P REGISTER | | | | $2,026.71 |
| ACCOUNT NO.<br>WILLIAM TIMOTHY WHITMIRE<br>DBA CIRCLE T APPLIANCE REPAIR<br>1159 COUNTY ROAD 28<br>RANBURNE, AL 36273 | | | A/P REGISTER | | | | $155.00 |
| | | | Total | | | | $69,858.13 |

Subtotal
(Total of this page)

$2,181.71

KidsPeace National Centers of Georgia, Inc.

Debtor | Case No. (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| BARBARA KAY<br>2499 PEACHTREE STREET, SUITE 408<br>ATLANTA, GA 30305 | CONTRACT PROFESSIONAL |
| GA DHS/MATCH<br>REGION 4 ACCOUNTING<br>242 ODELL ROAD STE 5<br>GRIFFIN, GA 30224 | PAYOR AGREEMENT |
| GA GEORGIA MEDICAID<br>CMS 1500 CLAIMS<br>P.O. BOX 105202<br>TUCKER, GA 30085-5202 | PAYOR AGREEMENT |
| GA NORTHEAST REGION DJJ<br>ATTN: ANGELA DALY<br>3651 MARS HILL RD<br>SUITE 1100<br>WATKINSVILLE, GA 30677 | PAYOR AGREEMENT |
| GA NORTHWEST REGION DJJ<br>ATTN: RICHARD FOX<br>534 INDUSTRIAL BLVD NORTH<br>DALLAS, GA 30132 | PAYOR AGREEMENT |
| GA SOUTHWEST REGION DJJ<br>ATTN: CARL HARRISON<br>37 NORTH MAIN ST<br>MOULTRIE, GA, 31768 | PAYOR AGREEMENT |
| JACK MILLER<br>101 LAKE LANE<br>CARROLLTON, GA 30117 | CONTRACT PROFESSIONAL |

KidsPeace National Centers of Georgia, Inc.

13-14512 (If known)

Administered 13-14508

Debtor

Case No. (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| KIDSPEACE CORPORATION<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | MANAGEMENT AGREEMENT |
| SHARON MASCOE-MAXWELL<br>180 LONGSHORE WAY<br>FAYETTEVILLE, GA 30215 | CONTRACT PROFESSIONAL |
| TANITA LOWE-GUNN<br>325 BRIDGE STATION DRIVE<br>DOUGLASVILLE, GA 30134 | CONTRACT PROFESSIONAL |

Footnote(s):

Foster Parent Agreements are not listed on Schedule G

B6H (Official Form 6H) (12/07)

| | 13-14512 - Jointly<br>Administered 13-14508 |
|---|---|
| KidsPeace National Centers of Georgia, Inc. | |
| Debtor | Case No. (If known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| IRON RANGE, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE CHILDREN'S HOSPITAL<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE CORPORATE<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE MESABI, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE NATIONAL CENTERS OF<br>NEW ENGLAND, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE NATIONAL CENTERS OF<br>NORTH AMERICA, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |

KidsPeace National Centers of Georgia, Inc.                    13-14512 - Jointly
                                                                Administered 13-14508
Debtor                                                          Case No. (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| KIDSPEACE NATIONAL CENTERS OF NEW YORK, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE NATIONAL CENTERS, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |